WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel R. Miller,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AON Corporation, et al.,<br><br>　　　　　　　Defendants. | NO. CIV-06-1398-PHX-SMM<br><br>**ORDER** |

Based upon the parties' Stipulated Motion for Substitution of Parties (dkt. 6), and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion for Substitution of Parties. (Dkt. 6.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall (1) substitute AON Consulting of New Jersey, Inc. for the currently named defendants, AON Corporation and AON Consulting; and (2) dismiss defendants AON Corporation and AON Consulting without prejudice.

DATED this 25th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge