**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daniel R. Miller, | ) | No. CIV 06-1398-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| AON Consulting of New Jersey, Inc, | ) | |
| Defendant. | ) | |

Having considered the request (Doc. 12) of Defendant AON Consulting of New Jersey, Inc. to allow Ms. Marta Carreira-Slabe to appear telephonically at the Rule 16 Preliminary Pretrial Conference on May 15, 2007 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that Ms. Marta Carreira-Slabe may appear telephonically at the May 15th Rule 16 Conference. Ms. Marta Carreira-Slabe shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 13th day of April, 2007.

Stephen M. McNamee
United States District Judge