1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel R. Miller,                )<br>                                           )<br>     Plaintiff,                         )<br>                                           )<br>v.                                         )<br>                                           )<br>                                           )<br>AON Consulting of New Jersey, Inc,  )<br>                                           )<br>     Defendant.                       )<br>                                           ) | No. CIV 06-1398-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation (Doc. 29) to extend the dispositive motion deadline in order for the parties to participate in private mediation. The Court encourages the parties to engage in mediation; nevertheless, in order to ensure that the case moves forward, the Court will grant the parties until **May 9, 2008** to conduct and conclude mediation. The parties are reminded that there are magistrate judges available to them to conduct the mediation, should the parties have any difficulty finding a private mediator.

**IT IS THEREFORE ORDERED** that the Stipulation (Doc. 29) is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that the parties shall conduct and conclude mediation no later than **May 9, 2008.**

**IT IS FURTHER ORDERED** that should the parties decide to use a magistrate judge to mediate the case, they are ordered to notify this Court no later than **March 28, 2008.**

**IT IS FURTHER ORDERED** that the parties shall file a status report or notice of dismissal no later than **May 16, 2008.**

**IT IS FURTHER ORDERED** that in the event that mediation is not successful, dispositive motions will be due **June 6, 2008.** If necessary, the Court will notify the parties as to a new due date for a final pretrial order and conference.

**IT IS FURTHER ORDERED** that pursuant to the parties' request, document 28 is hereby **withdrawn**.

DATED this 24th day of March, 2008.

Stephen M. McNamee
United States District Judge