**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel R. Miller,            )<br>                                        )<br>       Plaintiff,              )<br>                                        )<br>v.                                   )<br>                                        )<br>                                        )<br>AON Consulting of New Jersey, Inc,  )<br>                                        )<br>       Defendant.         )<br>_____ )<br>                                        ) | NO. CV 06-1398 PHX SMM<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 33]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 33]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 21st day of April, 2008.

Stephen M. McNamee
United States District Judge